IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT L. ADGERSON,

                Plaintiff(s),

    v.

CENTRAL CITY CONCERN
HOUSING ADMINISTRATION,

                Defendant(s).

Civil No. 3:23-cv-01604-JR

**ORDER OF DISMISSAL**

It was ordered that Plaintiff would have until 12/22/2023 to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and with this Court's Order [6] filed on 11/22/2023. Plaintiff was advised that failure to file an amended complaint as ordered would result in the dismissal of this action with prejudice. To date, Plaintiff has failed to file an amended complaint. In addition, Plaintiff has failed to notify the Clerk of a change of address

\#

\#

pursuant to LR 83-12.  It is therefore ORDERED that this case be DISMISSED.  Pending motions, if any, are DENIED AS MOOT.

Dated this __6th__ day of February, 2024.

by _____
Michael H. Simon
United States District Judge