IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT L. ADGERSON**,<br><br>          Plaintiff,<br><br>     v.<br><br>**CENTRAL CITY CONCERN HOUSING ADMINISTRATION**,<br><br>          Defendant. | Case No. 3:23-cv-1604-JR<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 7th day of February, 2024.

                                                /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge